NOVEMBER 14, 1962.

No. 381. BATTAGLIA *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Dismissed pursuant to Rule 60 of the Rules of this Court. *Theodore R. Kupferman* and *Sol Schwartz* for petitioner.

NOVEMBER 19, 1962.

No. 119. MURRAY ET AL. *v.* CURLETT ET AL., CONSTITUTING THE BOARD OF SCHOOL COMMISSIONERS OF BALTIMORE CITY. Certiorari, *ante,* p. 809, to the Court of Appeals of Maryland; and

No. 142. SCHOOL DISTRICT OF ABINGTON TOWNSHIP, PENNSYLVANIA, ET AL. *v.* SCHEMPP ET AL. Appeal from the United States District Court for the Eastern District of Pennsylvania. (Probable jurisdiction noted, *ante,* p. 807.) The motion of the American Jewish Committee et al. for leave to file brief, as *amici curiae,* is granted. *Theodore Leskes, Edwin J. Lukas, Arnold Forster, Paul Hartman* and *Sol Rabkin* on the motion.

No. 403. BANCO NACIONAL DE CUBA *v.* SABBATINO, RECEIVER, ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 608, Misc. THOMAS *v.* HERITAGE, WARDEN; and
No. 627, Misc. LEE *v.* HERITAGE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.